JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Jean.Ripley@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00557-DJA |
| Plaintiff, | **Government's Motion to Dismiss** |
| v. | |
| WILLIAM MORGAN, | |
| Defendant. | |

Certification: This motion is timely.

On June 23, 2023, defendant William Morgan was charged by complaint with two counts of simple assault in violation of 18 U.S.C. § 113(a)(5).[1] The parties entered into a pretrial diversion agreement, which the Court accepted on December 13, 2023.[2] Pursuant to the agreement, the government agreed to dismiss the charges against Morgan if and when he complied with certain conditions.[3] Morgan has provided the undersigned with proof of compliance with those conditions. Accordingly, the government hereby moves to

/ / /

/ / /

---

[1] ECF No. 1.
[2] ECF No. 11.
[3] *Id.*

dismiss the charges against Morgan with prejudice. The motion is unopposed.

Dated this 20th day of December 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Jean N. Ripley
JEAN N. RIPLEY
Assistant United States Attorneys

Dated: December 23, 2024

_____
MAGISTRATE JUDGE DANIEL J. ALBREGTS